Motion denied.  Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of NELSON M. ORING, Respondent, against DONNER STEEL COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent. — Motion denied.  Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of LILLIAN SCHMALTZ MARINO, Respondent, against FRED BORMANN and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent. — Motion denied.  Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of BESSIE LEE CLIFFORD, Respondent, against THE MARINE TRUST COMPANY OF BUFFALO.  GLOBE INDEMNITY INSURANCE COMPANY, Respondent; THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Appellant.  STATE INDUSTRIAL BOARD, Respondent.  In the Matter of the Claim of OLGA H. YARRINGTON, Respondent, against THE MARINE TRUST COMPANY OF BUFFALO.  GLOBE INDEMNITY INSURANCE COMPANY, Respondent; THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Appellant.  STATE INDUSTRIAL BOARD, Respondent.— Awards and determinations affirmed, with costs to the State Industrial Board.  Van Kirk, Hinman, Davis and Whitmyer, JJ., concur; Cochrane, P. J., dissents.

In the Matter of the Claim of ARTHUR KENNEDY, Respondent, against ATWATER PRINCE COMPANY, INC., and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of FRANK DECK, Respondent, against CHAS. J. FIX & SONS Co. and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of JAMES HOWARD, Respondent, against LOEWS AUTO SALES AND REPAIR COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of GIOVANNI PALERMO, Respondent, against PAOLO SILVESTRO and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award modified by substituting therein the figures $15. in place of $19.75, and $980 in place of $1,290.33, on the ground that the rate of compensation must be limited to the amount fixed by the statute in force in 1917* when the accident occurred (Matter of Neglia v. Zimmerman, 237 N. Y. 131), and as so modified award affirmed, without costs.  Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of LABEL LOONSK, Respondent, against LOONSK BROTHERS CLEANING AND DYEING WORKS and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to

---

* See Workmen's Compensation Law, § 15, subd. 5, as amd. by Laws of 1917, chap. 705.— [REP.